UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MID-CENTURY INSURANCE COMPANY,

        Plaintiff,

v.

GREENFAB, LLC, et al.,

        Defendants.

C18-1152 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Greenfab, LLC, is DIRECTED to file, no later than Friday, October 19, 2018, an amended disclosure statement pursuant to Local Civil Rule 7.1, disclosing, without limitation, (1) each of its members or owners, and (2) the citizenship of each of its members or owners so that the Court can determine whether complete diversity of citizenship existed at the time the complaint was filed. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens.").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of October, 2018.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1